PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
DANBEE KIM
Trial Attorney
1301 New York Ave., NW, Suite 700
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NAVIN KHANNA, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:22-CR-0213 KJM<br><br>ORDER FOR LIMITED DISCLOSURE OF INVESTIGATIVE PROCESS MATERIALS<br><br>COURT: Hon. Kimberly J. Mueller |

　　　　The Court has read and considered Plaintiff United States of America's Motion for Limited Disclosure of Investigative Process Materials filed in this matter on November 8, 2022 ("Motion"), which this Court incorporates by reference into this Order, and FOR GOOD CAUSE SHOWN, the Court hereby FINDS AND ORDERS the following:

1. The investigative process materials in the cases listed in the government's Motion may be produced by the government in discovery in this case and in pre-indictment/pre-information discovery in any related matters. This includes any applications, warrants, orders, returns, reports, and affidavits in the listed cases.

2. The cases listed by the government in its Motion will otherwise remain under seal until further ordered by the Court.

IT IS SO FOUND AND ORDERED this 21st day of November, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE