PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
DANBEE KIM
Trial Attorney
1301 New York Ave., NW, Suite 700
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        v.<br><br>NAVIN KHANNA,<br>   aka Lovin Khanna, and<br>TINU KHANNA,<br>   aka Gagan Khanna,<br><br>                   Defendants. | CASE NO. 2:22-CR-00213 KJM<br><br>ADDITIONAL EXHIBITS REGARDING DEFENDANTS' DETENTION HEARING |

      The United States moved this Court to stay and revoke the release of NAVIN KHANNA, aka Lovin Khanna ("N. KHANNA"), and TINU KHANNA, aka Gagan Khanna ("T. KHANNA"), which the Court granted. (ECF Nos. 16, 17, 22.) In anticipation of a detention hearing before the Court on the issue, the United States offers two additional exhibits (a search warrant affidavit was filed as Exhibit A with the government's motion). The two exhibits are:

      Exhibit B – The transcript from Defendants' initial appearance and detention hearing on

November 2, 2022, in the United States District of New Jersey.

Exhibit C – The Order by the Hon. District Judge Gregory K. Frizzel of the Northern District of Oklahoma staying the release of N. KHANNA pending the outcome of the detention hearing in this case.

These are also available on the dockets in their respective districts, but are being provided in part for the Court and parties' convenience.

Dated: December 14, 2022                    PHILLIP A. TALBERT
                                            United States Attorney

                                       By:  /s/ Veronica M.A. Alegría
                                            VERONICA M.A. ALEGRÍA
                                            Assistant United States Attorney