# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>       Plaintiff,             )<br>                               )<br>v.                             )<br>                               )<br>NAVIN KHANNA,                  )<br>*a/k/a Lovin,*                 )<br>*a/k/a Logan,*                 )<br>                               )<br>       Defendant.              ) | Case No. 22-CR-0348-GKF-1 |

### ORDER

This matter comes before the court on the Motion for Stay and for Revocation of Release Order [Doc. 107] of plaintiff the United States of America. Upon consideration of the motion and the applicable law, the court finds that the motion should be granted.

WHEREFORE, the Motion for Stay and for Revocation of Release Order [Doc 107] of plaintiff the United States of America is granted in part insofar as it requests that the court stay the release order issued by U.S. Magistrate Judge Edward S. Kiel on November 16, 2022.

IT IS FURTHER ORDERED that the release order issued by U.S. Magistrate Judge Edward S. Kiel on November 16, 2022 is stayed pending further order of this court.

IT IS FURTHER ORDERED that, pending resolution of the Motion for Revocation of Release Order of plaintiff the United States of America pursuant to 18 U.S.C. § 3145(a), defendant Navin Khanna shall be detained without bail.

IT IS SO ORDERED this 16th day of November, 2022.

*Gregory K. Frizzell*
United States District Judge
Northern District of Oklahoma