**FILED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEC 21 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

USA,

v.

NAVIN KHANNA,

Case No: 2:22-CR-00213-KJM *SEALED*

UNSEALED

## WARRANT FOR ARREST

**TO: THE UNITED STATES MARSHAL**
and any Authorized United States Officer



USMS SACRAMENTO ROU[?]
OCT 20 2022 PM 3:57

**YOU ARE HEREBY COMMANDED TO ARREST:** Navin Khanna

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

**Indictment**

charging him or her with *(brief description of offense)*

**Conspiracy to Transport Stolen Property**

in violation of Title __18__ United States Code, Section(s) __371__

| | |
|---|---|
| C. Perdue | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | 10/20/22    Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at   **NO BAIL** | by **Magistrate Judge Jeremy D. Peterson** |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

10/20/22                                  SDUSM A. YAO
Date Received                             Name and Title of Arresting Officer
11/8/22
Date of Arrest                            Signature of Arresting Officer