# EXHIBIT A

# THE LAW OFFICE OF EDMUND F. FITTERER JR.
A Limited Liability Company

802 West Park Avenue  
Building 2, Suite 221  
Ocean Township, NJ 07712



Ed@FittLegal.com  
www.FittLegal.com  
732-573-7333

January 11, 2023

The Honorable Kimberley J. Mueller  
Robert T. Matsui United States Courthouse  
501 I Street, Courtroom 3, 15th floor  
Sacramento, CA  95814

      RE:    Navin Khanna et al. adv. United States of America  
               Eastern District of California  
               Case No. 2:22-CR-0213-KJM

Dear Judge Mueller:

Please be advised that my office has represented, and continues to represent, Navin Khanna, aka Lovin Khanna, and his numerous business interests over the past several years.  My representation of Navin Khanna commenced while a partner of the law firm of McOmber McOmber & Luber and remained after recently deciding to open my own practice.

As Navin Khanna's attorney I was asked to represent DG Auto Parts, LLC in several small civil litigation and business matters and to assist with the purchase of his family's Holmdel, NJ home and the business and business assets of 242 Monmouth Road Corporation, Inc.

242 Monmouth Road Corporation, Inc., dba Blacey's Auto Parts was incorporated by Linda Bilarczyk in February 2004 and has long been operated as a junk yard in the business of buying and selling used automobiles, used auto parts and scrap metals.  On or about August 15, 2022, Navin Khanna purchased all the outstanding shares of 242 Monmouth Road Corporation from Linda Bilarczyk, thereafter becoming President and Sole Shareholder of the business entity.  All records and reports of 242 Monmouth Road Corporation evidence a legitimate business with a 20-year track record.

In addition to the aforementioned business,  Navin Khanna also purchased the real property upon which the junk yard operated.  In an attempt to keep ownership of the real property and the scrap yard operations separate, Navin Khanna acquired title to the land located at 242 Monmouth Road, Wrightstown, NJ under a NJ corporation that was incorporated for said purpose known as U Pick Auto Parts, Inc.  This entity holds title to the real estate.

It is my understanding and belief that the business operated by 242 Monmouth Road Corporation has continued to conduct its daily operations and customer transactions within the confines of the law. To date, and despite the allegations asserted against Navin Khanna, Blacey's Auto Parts remains open due in large part to Navin Khanna's brother, Michael Khanna, who has taken over its daily operations. Michael Khanna was not previously associated with DG Auto Parts, 242 Monmouth Road Corporation, Blacey's Auto Parts or, U Pick Auto Parts, Inc. I have been informed that since the first week of November 2022, Michael Khanna has been working to ensure the continuation of the legitimate and legal business operations of Blacey's Auto Parts.

I was advised that in addition to the operational assistance provided by Michael Khanna, Navin Khanna's father, Nirmal Khanna, began to provide financial assistance to Blacey's Auto Parts in the form satisfying its numerous payroll, utility bill and vendor obligations through a separate entity he owns, DG Amery Tech, LLC. I was informed that DG Amery Tech, LLC is a freight forwarder and exporter of scrap metal commodities and has no previous or present relation to DG Auto Parts.

Michael Khanna informed me that to ensure the business of Blacey's Auto Parts remains within the confines of the law, he has taken a number of steps to modify its business practices and more clearly separate itself from catalytic converters. Michael Khanna informed me that he has inventoried hundreds of scrap vehicles and has determined which scrap vehicles have (and which no longer have) their catalytic converters intact. Michael Khanna advised me that he instituted a firm policy that Blacey's Auto Parts would not possess, purchase, transfer or sell any catalytic converters that were not otherwise installed on a scrap vehicle already in its possession. According to Michael Khanna, all catalytic converters located at Blacey's Auto Parts have been identified, clearly marked as being not for sale and, segregated from all other used auto parts.

To date, Michal Khanna has confirmed with me that he has maintained a record of every transaction of Blacey's Auto Parts and is documenting the finest of details of each, including the collection of documentation identifying who the customer is, what product is purchased or sold, and the terms of same. Michael Khanna informed me that every vehicle and every used auto part that is now sold or purchased by Blacey's is being tracked, traced and documented. Michael Khanna informed me that he has personally ensured that the records maintained by Blacey's are complete, true, and accurate by conducting routine on-site audits of its transaction records and inventory.

If the Court requires that Michael Khanna's routine audits of the transaction records and inventory of Blacey's Auto Parts be conducted by an independent auditor, same can be accomplished.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

EDMUND F. FITTERER, JR., ESQ.

CC:  Client