# EXHIBIT C

**From:** Alan Eisner <alan@egattorneys.com>
**Sent:** Wednesday, January 11, 2023 12:34 PM
**To:** 'tgaskins@caept.uscourts.gov' <TGaskins@caept.uscourts.gov>
**Subject:** Fwd: Kamaljit Badwal House Info For Bond

Hi again, Miss Gaskins, I understand Mr. Badwal advised you telephonically this morning that he and his wife are now willing to post their home in support of the bond in this case. Attached is the specific information on the property. Please let me know if you have any other questions.

Alan Eisner
(818)781-1570
alan@egattorneys.com

---

**From:** KAMALJIT BADWAL <kbadwal00@gmail.com>
**Sent:** Wednesday, January 11, 2023 9:54 AM
**To:** Alan Eisner <alan@egattorneys.com>; Dmitry Gorin <dg@egattorneys.com>; Dmitry Gorin (Gmail) <thebestdefense@gmail.com>; Old Employee Forward <heather@egattorneys.com>; Natasha Rioux <natasha@egattorneys.com>; Robert Hill <rh@egattorneys.com>
**Subject:** Kamaljit Badwal House Info For Bond

Hello Alan,

Below is the information you have requested

Home Address:  48 1ST Street, Malden MA 02148
Purchase Date:  April 10, 2001

Owner 1: Kamaljit Singh Badwal
DOB: May 24, 1976
Immigration Status: US Citizen
Contact Number: 617-230-6417

Owner 2: Jaswinder Kaur Badwal
DOB: Jan 28, 1982
Immigration Status: US Citizen
Contact Number: 781-354-0518

House value is $727100
Mortgage 1 balance is $221331.64

Mortgage 2 balance is $82605.97

https://www.zillow.com/homes/48-1st-St-Malden,-MA-02148_rb/56524154_zpid/

Kamaljit Badwal works as a Network Engineer for Comcast and has been working there for about 18 years. Yearly Income is $85000 to $100000 a year.

Jaswinder Badwal is a manager at Dunkin Donuts in Malden, MA and has been working for the same owner for 12 years. Yearly income is $55000.

I have attached the most 2 recent Mortgage statements and Deed info as well. Please let me know if you need any other information.


Thank You,
Kamaljit Badwal

## Southern Middlesex - 20/20 Perfect Vision i2 Document Detail Report

**Current datetime: 1/11/2023 12:45:08 PM**

| Doc# | Document Type | Town | Book/Page | File Date | Consideration |
|---|---|---|---|---|---|
| 37933 | DEED | | 77010/513 | 02/19/2021 | 1.00 |

**Property-Street Address and/or Description**

48 FIRST ST

**Grantors**

BADWAL KAMALJIT S

**Grantees**

BADWAL KAMALJIT S,   BADWAL JASWINDER K

**References-Book/Pg  Description  Recorded Year**

**Registered Land Certificate(s)-Cert#  Book/Pg**

# Middlesex South Registry of Deeds

# Electronically Recorded Document

This is the first page of the document - Do not remove

---

## Recording Information

| | |
|---|---|
| Document Number | : 37933 |
| Document Type | : DEED |
| Recorded Date | : February 19, 2021 |
| Recorded Time | : 01:35:44 PM |
| Recorded Book and Page | : 77010 / 513 |
| Number of Pages(including cover sheet) | : 3 |
| Receipt Number | : 2609420 |
| Recording Fee (including excise) | : $155.00 |

```
**************************************************
MASSACHUSETTS EXCISE TAX
Southern Middlesex District ROD #  001
Date:  02/19/2021 01:35 PM
Ctrl#  Doc#  00037933
Fee:  $.00 Cons: $1.00
**************************************************
```

**Middlesex South Registry of Deeds**
**Maria C. Curtatone, Register**
208 Cambridge Street
Cambridge, MA 02141
617-679-6300
www.middlesexsouthregistry.com

PROPERTY ADDRESS: 48 First Street Malden, Massachusetts 02148

## MASSACHUSETTS QUITCLAIM DEED

I, **KAMALJIT S. BADWAL**, of Malden, Massachusetts

For consideration paid, and in full consideration of less than $100

Grant to **KAMALJIT S. BADWAL and JASWINDER K. BADWAL**, Husband and Wife, and as Tenants by the Entirety 48 First Street, Malden, Massachusetts 02148

with *quitclaim covenants* the following property in Middlesex, Massachusetts.

The land, together with the buildings and improvements situated in the City of Malden, County of Middlesex and Commonwealth of Massachusetts, being shown as LOT #7 on a plan entitled "Mountain View Estates Subdivision Layout Plan, Malden, Mass., drawn by J & J Consulting Services, Inc., 111 Speen St., Suite 119, Framingham, Massachusetts 01701, Scale 1" = 40', dated June 13, 1990 with revisions through June 8, 1992", and recorded in Middlesex County Registry of Deeds as Plan Number 40 of 1993 at Book 22840 Page 280.

Meaning and intending to convey the same premises conveyed to the herein named grantor(s) by deed recorded with Middlesex South District Registry of Deeds in Book 53198, Page 298.

Witness my/our hand(s) and seal(s) this 9th day of December, 2020.

_____  12/9/20
Kamaljit S. Badwal

## COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

On this 9th day of December, 2020, before me, the undersigned notary public, personally appeared, Kamaljit S. Badwal, proved to me through satisfactory evidence of identification, which was/were [ ✓ ] Mass. driver's license(s) or [ ] _____, to be the person(s) whose name(s) is/are signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

_____
Notary Public: John C. Stephenson
My Commission Expires: 10/29/21

PROPERTY ADDRESS: 48 First Street Malden, Massachusetts 02148



JOHN CLARK STEPHENSON
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
October 29, 2021



# MORTGAGE LOAN STATEMENT

| | |
|---|---|
| **STATEMENT DATE** 01/05/2023 | **PAYMENT DUE DATE** 02/01/2023 |
| **LOAN NUMBER** 0686005034 | **AMOUNT DUE** **$1,637.71** |
| **PROPERTY ADDRESS** 48 FIRST ST MALDEN, MA 02148 | *If payment is received on or after **02/17/2023**, a **$49.13** late fee will be charged.* |

RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

KAMALJIT S BADWAL
48 FIRST ST
MALDEN, MA 02148-1973

## QUESTIONS? WE'RE HERE TO HELP.

CUSTOMER SERVICE: **888-480-2432**
Mon-Thu 7 a.m. to 8 p.m. (CT)
Fri 7 a.m. to 7 p.m. (CT)
Sat 8 a.m. to 12 p.m. (CT)
www.mrcooper.com



PRINCIPAL $1,222.71
REGULAR MONTHLY PAYMENT $1,637.71
INTEREST $415.00

## ACCOUNT OVERVIEW

| INTEREST BEARING PRINCIPAL BALANCE | INTEREST RATE |
|---|---|
| $221,331.64 | 2.250% |
| | **ESCROW BALANCE** |
| | $0.00 |

*The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.*

## PAST PAYMENTS BREAKDOWN

| CATEGORY | PAID SINCE 12/13/2022 | PAID YEAR TO DATE |
|---|---|---|
| PRINCIPAL | $1,220.42 | $1,220.42 |
| INTEREST | $417.29 | $417.29 |
| ESCROW (TAXES & INSURANCE) | $0.00 | $0.00 |
| OPTIONAL INSURANCE | $0.00 | $0.00 |
| FEES & CHARGES | $0.00 | $0.00 |
| LENDER PAID EXPENSES | $0.00 | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 | $0.00 |
| **TOTAL** | **$1,637.71** | **$1,637.71** |

## EXPLANATION OF AMOUNT DUE

| | |
|---|---|
| REGULAR MONTHLY PAYMENT | $1,637.71 |
| TOTAL FEES & CHARGES | $0.00 |
| OVERDUE PAYMENT(S) | $0.00 |
| PARTIAL PAYMENT (UNAPPLIED) | $0.00 |
| **TOTAL AMOUNT DUE** | **$1,637.71** |
| TRIAL/WORKOUT PAYMENT AMOUNT | $0.00 |

## HERE'S SOME HELPFUL INFORMATION

If the COVID-19 Pandemic has impacted your ability to make your mortgage payment, visit our COVID-19 Resource Center at mrcooper.com/forbearance. There's a fast and easy online application if you decide this program is right for you.

Your payment is made through our automatic payment plan. This statement is for informational purposes only.

Please note the overnight payment address has changed. Please see the back of the statement for the updated address.

Be the first to receive discount alerts, offers and new products by signing up for Mr. Cooper's text alerts. Simply, text JOIN to COOPER (266737)

**Massachusetts Residents:** NOTICE OF IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

## TRANSACTION ACTIVITY (12/13/2022 to 01/05/2023)

| DATE | DESCRIPTION | TOTAL | PRINCIPAL | INTEREST | ESCROW | OTHER |
|---|---|---|---|---|---|---|
| 01/02/2023 | Payment | $1,637.71 | $1,220.42 | $417.29 | | |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

**This Area Intentionally Left Blank**

This statement is for informational purpose only.
Our records reflect your loan is on our automatic draft process.

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Mr. Cooper receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.mrcooper.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at:
Mr. Cooper, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 855-856-0427 or email MilitaryFamilies@mrcooper.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.mrcooper.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Mr. Cooper will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Mr. Cooper is registered with the New York Superintendent of Financial Services.

> You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Mr. Cooper does not charge a fee to activate this service. Call 888-480-2432 for more information or visit our website at www.mrcooper.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.mrcooper.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There is no charge for this service. Call 888-480-2432.

**AGENT ASSISTED PAYMENT** Is a pay by phone service provided by a customer service agent. Call 888-480-2432 and speak with an agent. There is no charge for this service.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to Mr. Cooper, Attn: Payment Processing - 650783, 3000 Kellway Drive, Suite 120, Carrollton, TX 75006.

**WIRE** Allows you to send payoff/reinstatement funds via wire transfer. Visit our website www.mrcooper.com or refer to your payoff statement for wiring instructions.

**MONEYGRAM EXPRESSPAYMENT** Ensures same-day delivery of your payment to Mr. Cooper. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Mr. Cooper loan number. The MoneyGram Receive Code is ***1678***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION QUICKCOLLECT**® Ensures same-day delivery of your payment to Mr. Cooper. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Mr. Cooper loan number, indicating:

Pay to: Mr. Cooper   Code City: MRCOOPER   State: TX

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 888-480-2432**, Monday through Thursday 7 a.m. to 8 p.m. (CT), Friday 7 a.m. to 7 p.m. (CT), and Saturday 8 a.m. to 12 p.m. (CT) [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.mrcooper.com OR call **888-480-2432**.

**MAILING ADDRESSES:** For Mr. Cooper are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | PO Box 619098 Dallas, TX 75261-9741 | Lake Vista 4 800 State Highway 121 Bypass Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

***PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING INFORMATION WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** Mr. Cooper PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.


EQUAL HOUSING OPPORTUNITY

Mr. Cooper, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX: ☐ MAILING ADDRESS          ☐ TELEPHONE NUMBER     LOAN #: _____

Borrower's Name: _____                  Co-Borrower's Name: _____
Borrower's New Address: _____          Co-Borrower's New Address: _____
_____                                   _____

Authorized Borrower's Number(s):                          Authorized Co-Borrower's Number(s):
Home: ( ___ ) _____  Mobile: Yes   No   Home: ( ___ ) _____                 Mobile: Yes   No
Work: ( ___ ) _____ Ext: _____  Mobile: Yes   No   Work: ( ___ ) _____ Ext: _____  Mobile: Yes   No
Other: ( ___ ) _____  Mobile: Yes   No  Other: ( ___ ) _____                Mobile: Yes   No

Signature Required: _____                Signature Required: _____

I consent to being contacted by Mr. Cooper at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.


**METRO CREDIT UNION**

877.MY.METRO (877.696.3876)
memberservices@metrocu.org
MetroCU.org

**Loan Payment Notice**   Pg 1 of 3

Statement Date:   Dec 13, 2022
Mortgage Statement

**Property Description:**
48 FIRST STREET MALDEN, MA 02148

200 Revere Beach Parkway Chelsea, MA 02150
Address Service Requested

KAMALJIT BADWAL
48 FIRST ST
MALDEN MA 02148-1973

| Payment Information | |
|---|---|
| Description | Value |
| Account Number: | 8601287449 |
| Payment Due Date: | Dec 28, 2022 |
| **Amount Due:** | **$777.83** |

If payment received after Jan 12, 2023, $23.33 late fee will be charged

| Explanation of Amount Due | |
|---|---|
| Description | Amount |
| Principal | 449.07 |
| Interest | 328.76 |
| Escrow (Taxes & Insurance) | 0.00 |
| **Regular Monthly Payment** | **777.83** |
| Total Fees and Charges | 0.00 |
| Overdue Payment | 0.00 |
| **Total Amount Due** | **777.83** |

| ACCOUNT INFORMATION | |
|---|---|
| Description | Value |
| Outstanding Principal | 83,055.04 |
| Escrow Balance | 0.00 |
| Interest Rate  (until Jun 28, 2037) | 4.750% |
| Prepayment Penalty | No |

| Past Payments Breakdown | | |
|---|---|---|
| Description | Paid Since Last Statement | Paid Year to Date |
| Principal | 10,407.87 | 16,944.96 |
| Interest | 369.96 | 1,944.19 |
| Escrow (Taxes & Insurance) | 0.00 | 0.00 |
| Fees | 0.00 | 0.00 |
| Charges | 0.00 | 0.00 |
| Partial Payment  (Unapplied) | 0.00 | 0.00 |
| **Total** | **10,777.83** | **18,889.15** |



# Metro Visa® Debit Card Sweepstakes!

Make purchases using your **Metro Visa Debit Card** between **Monday, 11.14 to Saturday, 12.24** and you'll be entered into a raffle to **win $2,000** deposited directly into your Metro checking account!

Scan here for more information

03Q22A_BK_302ME0001_M052

▲ PLEASE DETACH ALONG THE PERFORATION AND RETURN THE LOWER PART WITH YOUR PAYMENT.  RETAIN THE UPPER PART FOR YOUR RECORDS. ▲

| Payment Details | |
|---|---|
| Account Number: | 8601287449 |
| Amount Due: | $777.83 |
| Due by: | Dec 28, 2022 |
| $23.33 late fee will be charged after Jan 12, 2023 | |
| Additional Principal: | _____ |
| Additional Escrow: | _____ |
| Total Amount Enclosed: | _____ |



☐ Check box to indicate name/address change on the back of this coupon.

KAMALJIT BADWAL
48 FIRST ST
MALDEN MA 02148-1973

Make check payable to:

**METRO CREDIT UNION**
PO BOX 986514
BOSTON  MA  02298-6514



Loan Payment Notice                                    Pg 2 of 3

Account Number:            8601287449
Statement Date:            Dec 13, 2022
Mortgage Statement

## IN CASE OF ERRORS OR QUESTIONS
## ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us or write us at the number or address shown on the front of the statement, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.

2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

**We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.**

**The following pertains to accounts established for personal, family, or household purposes only.**

## BILLING RIGHTS SUMMARY
## WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR STATEMENT

If you think there is an error on your statement, write to us at the address shown on the front of this statement as soon as possible. In your letter, give us the following information:

1. Account Information: Your name and account number.

2. Dollar Amount: The dollar amount of the suspected error.

3. Description of Problem: If you think there is an error on your bill, describe what you think is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing [or electronically]. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

We cannot try to collect the amount in question, or report you as delinquent on that amount. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While you do not have to pay the amount in question, you are responsible for the remainder of your balance. We can apply any unpaid amount against your credit limit.

IF YOUR NAME OR ADDRESS IS SHOWN INCORRECTLY, PLEASE COMPLETE THE SECTION BELOW AND RETURN THIS SECTION TO US BY MAIL OR DELIVER TO OUR ADDRESS.

NAME ............................................................................................................
                                           (PLEASE PRINT)

............................................................................................................
STREET ADDRESS ...................................................................................................
CITY ................................................... STATE..................... ZIP CODE............................
AUTHORIZED SIGNATURE ........................................................... DATE...............................
DAYTIME TELEPHONE (      ) ........................ HOME TELEPHONE (      ) .........................................

THIS CHANGE APPLIES TO:     CHECKING ACCOUNT ☐     SAVINGS ACCOUNT ☐     MORTGAGE LOAN ☐
RETIREMENT ACCOUNT ☐     INSTALLMENT LOAN ☐     SAVINGS CERTIFICATE ☐     COMMERCIAL LOAN ☐

**METRO CREDIT UNION**

**Loan Payment Notice** — Pg 3 of 3

Account Number: 8601287449
Statement Date: Dec 13, 2022
Mortgage Statement

| Transaction Activity from Nov 11, 2022 through Dec 13, 2022 | | | | |
|---|---|---|---|---|
| Effective Date | Post Date | Description | Charges | Payments |
| Nov 14, 2022 | | Regular Payment - Note Interest | | 369.96 |
| | | Regular Payment - Note Balance | | 407.87 |
| Nov 17, 2022 | | Principal Receipt | | 10,000.00 |

If you are experiencing financial difficulty, homeownership counseling is available. Call 1-800-569-4287 or visit the U.S. Department of Housing and Urban Development (HUD) website at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.



Wishing you and your family the very best this Holiday Season!

03Q23A_BK_302ME0001_M053

NOPRT.D.N.302ME0008.166137695.3125_551/000221/000283/i