Peter Kmeto
Attorney at Law
State Bar #78827
P.O. Box 8789
South Lake Tahoe, CA 96158
Office (916)444-7420; Cell: (916) 768-6636
Email: pkmeto@sbcglobal.net

Attorneys for: TINU KHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )      No. 2:22-CR-00213-KJM
                               )
              Plaintiff,       )      ORDER TO SEAL
                               )
                               )
                               )
                               )
                               )
       vs.                     )
                               )
 TINU KHANNA  (2),             )
              Defendant.       )
_____)

        THE COURT HEREBY ORDERS THAT Exhibit A appended to Document #112,

(Exhibit to Defendant, TINU KHANNA's, Supplemental Brief) is sealed.

Dated: January 13, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

1