M/S. GLOBAL EXIM ENTERPRISES



 **YES BANK**

## YOUR CONSOLIDATED STATEMENT FOR OCT'22

**M/S. GLOBAL EXIM ENTERPRISES**
W 142 MAYAPURI PHASE 2 NEW DELHI
NORTH WEST DELHI
NEW DELHI
DELHI
110064
INDIA

Customer Care Details - Call us India 1800 1200
Call us outside India +91 22 49350000

EMAIL ID     : Registered
MOBILE NO. : Registered

| Account Relationship Summary as on 31/10/2022 | | | |
|---|---|---|---|
| **Account Number** | **Account Type** | **Currency** | **Balance** |
| 023161900001092 | Current Account | INR | 80,603.53 |

| YES REWARDZ Program | | | | |
|---|---|---|---|---|
| **Membership ID** | **Previous YES REWARDZ balance\*** | **YES REWARDZ earned this month** | **YES REWARDZ redeemed this month** | **YES REWARDZ balance** |
| 8559708 | 252 | 0 | 0 | 100 |

YES REWARDZ accrued on your Yes Bank  Account includes expired Rewardz.
To redeem your Rewardz points,logon to  www.YesRewardz.com


**YES TOUCH PhoneBanking Number:**
1800 1200 (Toll Free for Mobile & Landlines in India)   +91 22 4935 0000 (When calling from Outside India)
Toll Free number from **USA:** 18333800149 | **Canada:** 18334910559 | **UK:** 8000489153 | **UAE:** 80003570510

SMS "Help" space <CUST ID>
to +91 9552 20020


Email us at
yestouch@yesbank.in

M/S. GLOBAL EXIM ENTERPRISES

 

| Statement Of Transactions In Current Account No: 0231619000001092 For The Period Of 01-Oct-2022 to 31-Oct-2022 |
|---|

**Branch : 0231,ROHINI, NEW DELHI,D-14,PRASHANT VIHAR, NEAR SANTOM HOSPITAL,ROHINI,DEHI,NEW DELHI,110085,IFSC: YESB0000231,MICR: 110532048**

| Primary Holder | : GLOBAL EXIM ENTERPRISES | Product Code | : 633 |
|---|---|---|---|
| Joint Holder 1 | : NOT APPLICABLE | A/C OPENING DATE | : 27-Sep-2017 |
| Joint Holder 2 | : NOT APPLICABLE | Account Variant/ description | : CURRENT ACCOUNT - EDGE BUSINESS |
| Nominee | : Not Registered | Currency | : INR |
| | | Account status | : ACCOUNT OPEN REGULAR |
| | | OD limit | : 0.00 |
| | | Available Balance | : 80,603.53 |
| | | Sweep in | : No |

| Transaction Date | Value Date | Description | Cheque No/Reference No | Withdrawals | Deposits | Running Balance |
|---|---|---|---|---|---|---|
| 01/10/2022 | 01/10/2022 | B/F ... | | | | 80,603.53 |

| Opening Balance:80,603.53 | Total Withdrawals:0.00 | Total Deposits:0.00 | Closing Balance:80,603.53 |
|---|---|---|---|

Mandatory disclaimer:
Under Goods and Services Tax(GST) applicable from 1st July 2017, the existing service tax on our banking services rendered has been replaced by a GST rate of 18%. For any assistance required,Please contact a YES BANK branch official.

**Please refer to Important Messages related to your account, at the end of your account.**

| Transaction codes in your account statement | |
|---|---|
| ATW/CSW/ATD/ATI - ATM Withdrawal | OBD / OBC - Mobile Funds Transfer |
| AFD / AFC - ATM Funds Transfer | PCD - Purchased |
| R - RET - UTR - Returned RTGS | R - UTR - RTGS Transaction |

Please review the information provided in the statement. In case of any discrepancy, please inform the bank immediately.

  

SMS "Help" space <CUST ID> to +91 95522 20020

**YES TOUCH PhoneBanking Number:**
1800 1200 (Toll Free for Mobile & Landlines in India)  +91 22 4935 0000 (When calling from Outside India)
Toll Free number from **USA:** 18333800149 | **Canada:** 18334910559 | **UK:** 8000489153 | **UAE:** 800035702510

Email us at
yestouch@yesbank.in

M/S. GLOBAL EXIM ENTERPRISES





### YOUR CONSOLIDATED STATEMENT FOR NOV'22



**M/S. GLOBAL EXIM ENTERPRISES**
W 142 MAYAPURI PHASE 2 NEW DELHI
NORTH WEST DELHI
NEW DELHI
DELHI
110064
INDIA

Customer Care Details -   Call us India 1800 1200
Call us outside India +91 22 49350000

EMAIL ID     : Registered
MOBILE NO. : Registered

| Account Relationship Summary as on 30/11/2022 | | | |
|---|---|---|---|
| Account Number | Account Type | Currency | Balance |
| 023161900001092 | Current Account | INR | 80,603.53 |

| YES REWARDZ Program | | | | |
|---|---|---|---|---|
| Membership ID | Previous YES REWARDZ balance* | YES REWARDZ earned this month | YES REWARDZ redeemed this month | YES REWARDZ balance |
| 8559708 | 100 | 0 | 0 | 100 |

YES REWARDZ accrued on your Yes Bank  Account includes expired Rewardz.
To redeem your Rewardz points,logon to  www.YesRewardz.com



SMS "Help" space <CUST ID>
to +91 95522 20020



**YES TOUCH PhoneBanking Number:**
1800 1200 (Toll Free for Mobile & Landines in India)  +91 22 4935 0000 (When calling from Outside India)
Toll Free number from **USA:** 18333800149 | **Canada:** 18334910559 | **UK:** 8000489153 | **UAE:** 800035702510



Email us at
yestouch@yesbank.in

M/S. GLOBAL EXIM ENTERPRISES





| Statement Of Transactions In Current Account No: 023161900001092 For The Period Of 01-Nov-2022 to 30-Nov-2022 |
|---|

| Branch : 0231,ROHINI, NEW DELHI,D-14,PRASHANT VIHAR, NEAR SANTOM HOSPITAL,ROHINI,DEHI,NEW DELHI,110085,IFSC: YESB0000231,MICR: 110532048 |
|---|

| Primary Holder | : GLOBAL EXIM ENTERPRISES | Product Code | : 633 |
|---|---|---|---|
| Joint Holder 1 | : NOT APPLICABLE | A/C OPENING DATE | : 27-Sep-2017 |
| Joint Holder 2 | : NOT APPLICABLE | Account Variant/ description | : CURRENT ACCOUNT - EDGE BUSINESS |
| Nominee | : Not Registered | Currency | : INR |
| | | Account status | : ACCOUNT OPEN REGULAR |
| | | OD limit | : 0.00 |
| | | Available Balance | : 80,603.53 |
| | | Sweep in | : No |

| Transaction Date | Value Date | Description | Cheque No/Reference No | Withdrawals | Deposits | Running Balance |
|---|---|---|---|---|---|---|
| | | | | | | 80,603.53 |
| 01/11/2022 | 01/11/2022 | B/F ... | | | | |

| Opening Balance:80,603.53 | Total Withdrawals:0.00 | Total Deposits:0.00 | Closing Balance:80,603.53 |
|---|---|---|---|

Mandatory disclaimer:
Under Goods and Services Tax(GST) applicable from 1st July 2017, the existing service tax on our banking services rendered has been replaced by a GST rate of 18%. For any assistance required,Please contact a YES BANK branch official.
**Please refer to Important Messages related to your account, at the end of your account.**

| Transaction codes in your account statement | |
|---|---|
| ATW/CSW/ATD/ATI - ATM Withdrawal | OBD / OBC - Mobile Funds Transfer |
| AFD / AFC - ATM Funds Transfer | PCD - Purchased |
| R - RET - UTR - Returned RTGS | R - UTR - RTGS Transaction |

**Please review the information provided in the statement. In case of any discrepancy, please inform the bank immediately.**


SMS "Help" space <CUST ID>
to +91 9S522 20020


**YES TOUCH PhoneBanking Number:**
1800 1200 (Toll Free for Mobile & Landlines in India)  +91 22 4935 0000 (When calling from Outside India)
Toll Free number from USA: 18333800149 | Canada: 18334910559 | UK: 8000489153 | UAE: 800035702510


Email us at
yestouch@yesbank.in

M/S. GLOBAL EXIM ENTERPRISES



 **YES BANK**

## YOUR CONSOLIDATED STATEMENT FOR DEC'22

**M/S. GLOBAL EXIM ENTERPRISES**
W 142 MAYAPURI PHASE 2 NEW DELHI
NORTH WEST DELHI
NEW DELHI
DELHI
110064
INDIA

Customer Care Details -   Call us India 1800 1200
Call us outside India +91 22 49350000

EMAIL ID    : Registered
MOBILE NO. : Registered

| Account Relationship Summary as on 31/12/2022 | | | |
|---|---|---|---|
| **Account Number** | **Account Type** | **Currency** | **Balance** |
| 023161900001092 | Current Account | INR | 79,895.53 |

| YES REWARDZ Program | | | | |
|---|---|---|---|---|
| **Membership ID** | **Previous YES REWARDZ balance*** | **YES REWARDZ earned this month** | **YES REWARDZ redeemed this month** | **YES REWARDZ balance** |
| 8559708 | 100 | 0 | 0 | 0 |

YES REWARDZ accrued on your Yes Bank  Account includes expired Rewardz.
To redeem your Rewardz points,logon to  www.YesRewardz.com



**YES TOUCH PhoneBanking Number:**
1800 1200 (Toll Free for Mobile & Landlines in India)   +91 22 4935 0000 (When calling from Outside India)
Toll Free number from **USA:** 18333800149 | **Canada:** 18334910559 | **UK:** 8000489153 | **UAE:** 80003570510

SMS "Help" space <CUST ID>
to +91 95522 20020


Email us at
yestouch@yesbank.in

M/S. GLOBAL EXIM ENTERPRISES





Statement Of Transactions In Current Account No: 023161900001092 For The Period Of 01-Dec-2022 to 31-Dec-2022

Branch : 0231,ROHINI, NEW DELHI,D-14,PRASHANT VIHAR, NEAR SANTOM HOSPITAL,ROHINI,DEHI,NEW DELHI,110085,IFSC: YESB0000231,MICR: 110532048

| | | | |
|---|---|---|---|
| Primary Holder | : GLOBAL EXIM ENTERPRISES | Product Code | : 633 |
| Joint Holder 1 | : NOT APPLICABLE | A/C OPENING DATE | : 27-Sep-2017 |
| Joint Holder 2 | : NOT APPLICABLE | Account Variant/ description | : CURRENT ACCOUNT - EDGE BUSINESS |
| Nominee | : Not Registered | Currency | : INR |
| | | Account status | : ACCOUNT OPEN REGULAR |
| | | OD limit | : 0.00 |
| | | Available Balance | : 79,895.53 |
| | | Sweep in | : No |

| Transaction Date | Value Date | Description | Cheque No/Reference No | Withdrawals | Deposits | Running Balance |
|---|---|---|---|---|---|---|
| 01/12/2022 | 01/12/2022 | B/F ... | | | | 80,603.53 |
| 16/12/2022 | 16/12/2022 | TRACER CHARGES FOR JUL22 TO SEP22 | | 600.00 | 0.00 | 80,003.53 |
| 16/12/2022 | 16/12/2022 | TRADE TRACER CHARGES GST | | 108.00 | 0.00 | 79,895.53 |

| Opening Balance:80,603.53 | Total Withdrawals:708.00 | Total Deposits:0.00 | Closing Balance:79,895.53 |
|---|---|---|---|

Mandatory disclaimer:
Under Goods and Services Tax(GST) applicable from 1st July 2017, the existing service tax on our banking services rendered has been replaced by a GST rate of 18%. For any assistance required,Please contact a YES BANK branch official.
**Please refer to Important Messages related to your account, at the end of your account.**

| Transaction codes in your account statement | |
|---|---|
| ATW/CSW/ATD/ATI - ATM Withdrawal | OBD / OBC - Mobile Funds Transfer |
| AFD / AFC - ATM Funds Transfer | PCD - Purchased |
| R - RET - UTR - Returned RTGS | R - UTR - RTGS Transaction |

**Please review the information provided in the statement. In case of any discrepancy, please inform the bank immediately.**



SMS "Help" space <CUST ID>
to +91 95522 20020



YES TOUCH PhoneBanking Number:
1800 1200 (Toll Free for Mobile & Landlines in India)  +91 22 4935 0000 (When calling from Outside India)
Toll Free number from USA: 18333800149 | Canada: 18334910559 | UK: 8000489153 | UAE: 80003570251



Email us at
yestouch@yesbank.in