PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIN KHANNA,<br>  aka Lovin Khanna,<br>TINU KHANNA,<br>  aka Gagan Khanna,<br>DANIEL DOLAN,<br>CHI MO,<br>  aka David Mo,<br>WRIGHT LOUIS MOSLEY,<br>ISHU LAKRA,<br>TOU SUE VANG,<br>ANDREW VANG, and<br>MONICA MOUA,<br><br>Defendants. | 2:22-CR-00213-KJM<br><br>BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |

    The United States of America, by and through Phillip A. Talbert, United States Attorney for the Eastern District California, and Kevin C. Khasigian, Assistant U.S. Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

    The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(1), and 31 U.S.C. § 5317(c)(1).  The United States hereby gives notice that upon the conviction of NAVIN KHANNA, TINU KHANNA, DANIEL DOLAN, CHI MO, WRIGHT

LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA it will also seek forfeiture of the following property pursuant to the forfeiture provisions contained in the Indictment, including, but not limited to:

1. Approximately $152,783.00 in U.S. Currency,
2. Approximately $2,400.00 in U.S. Currency,
3. Approximately $2,000.00 in U.S. Currency,
4. Approximately $1,000.00 in U.S. Currency,
5. Approximately $1,200.00 in U.S. Currency,
6. Approximately $400.00 in U.S. Currency,
7. Approximately $1,300.00 in U.S. Currency,
8. Approximately $2,200.00 in U.S. Currency,
9. Approximately $2,000.00 in U.S. Currency,
10. 2019 Toyota Highlander, VIN: 5TDJZRFH6KS624526, License Number 8MWN102,
11. 2020 Toyota Rav4, VIN: 2T3P1RFV7LC067683, License Number 8YFF502,
12. 2020 Ford F-250 Truck, VIN: 1FT7W2BT8LEE33122, License Number 50042B3,
13. 2021 Tesla Model S, VIN: 5YJSA1E60MF438579, License Number 8YVC381,
14. 2021 Tesla Model 3, VIN: 5YJ3E1EC6MF077454, License Number 8YYM381,
15. 2021 Mazda Miata MX-5, VIN: JM1NDAM71M0458921, License Number CB44S66,
16. 2013 Subaru BRZ, VIN: JF1ZCAC15D1601032, License Number S826518,
17. 2000 Acura NSX, VIN: JH4NA2163YT000150, License Number 9BWF072,
18. 2021 Sea-Doo 12MJ00, VIN: YDV33995L021, License Number CF1846VU,
19. 2021 Sea-Doo 12MK00, VIN: YDV34086L021, License Number CF1847VU,
20. 2017 Toyota Tacoma, VIN: 3TMCZ5AN2HM097673, License Number 56740R2,
21. 2021 Sea-Doo RXT X 300, VIN: YDV98370F121, License Number CF6085VU,
22. 2021 Sea-Doo RXP-X300, VIN: YDV38789A121, License Number CF0470ZN,
23. 2021 Polaris ATV, VIN: 3NSPAL925MF146661, License Number BM4V62,
24. 2021 Polaris ATV, VIN: 3NSPAL924MG612753, License Number BP1T56,
25. 2021 MAXX-D Trailer, VIN: 5R8BC2023MM076705, License Number 4UA5825,
26. 2019 Toyota Camry SE, VIN: 4T1B11HK9KU836639, License Number 8FNX657,
27. 2011 Toyota Forklift, Model Number 8FGCU25, Serial Number 34709,
28. 1973 Toyota Celica, VIN: TA20060085, License Number 8GPV202,
29. 2012 Toyota Tundra-Platinum, VIN: 5TFHY5F15CX219122, License Number 76655E1,
30. 2021 Zieman J2 Trailer, VIN: 1ZCS15018MZ359258, License Number 4TY8758,
31. 2019 Karavan Trailer, VIN: 5KTWS1714KF546822, License Number 4SR2992,
32. Skunk Racing Engine and Transmission,
33. Dynapack Dynamometer,
34. Pallet Shrink Wrapping Machine PEC-PW-B02, Serial Number 201204,
35. IPG Lightweld 1500 Welder, Serial Number LWHH32104029,
36. Baileigh Industrial, Model CS-350P, Cold Chop Saw and Pneumatic Vise,
37. Approximately 82 pallets of catalytic converters,
38. Approximately 5 pallets of catalytic converters,
39. Approximately 102 pallets of catalytic converters,
40. Approximately 32 pallets of precious metals,
41. Approximately 11 boxes of catalytic converters,
42. Approximately 2 catalytic converters,
43. Approximately 4 catalytic converters,
44. Approximately 1 pallet of catalytic converters,
45. Approximately 12 catalytic converters,
46. Platinum diamond wedding ring set,
47. Gold necklace with gold heart pendant,
48. Thick gold necklace with gold dragon shaped pendant,
49. Thin gold necklace with gold rectangular pendant inscribed with a "L",

50. Thin gold necklace and gold rectangular pendant inscribed with a "J" and broken gold necklace,
51. Gold necklace with gold heart pendant containing a synthetic ruby, gold cable link necklace, and two pairs of gold earrings,
52. Approximately 9 large silver bars and 8 small silver bars,
53. Approximately 84 Piastre Indo-China (Vietnam) silver coins and 2 Mexican Republic silver coins,
54. Approximately $2,580.67 seized from Wells Fargo Bank account number 1964137846,
55. 2017 Chevrolet SS, VIN: 6G3F25RW8HL300262, License Number 8THL966,
56. 2017 Chevrolet SS, VIN: 6G3F15RW7HL300143, License Number 8RNK772,
57. Approximately $10,950.00 in the form of a Cashier's Check,
58. Approximately $654,413.42 seized from Truist Bank account number 1310003465562, and
59. Real property located at 593 Patten Avenue, Long Branch, New Jersey, Monmouth County, APN: 27-00487-0000-00008-01.

Dated: 3/2/2023

PHILLIP A. TALBERT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney