UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>NAVIN KHANNA,<br><br>                Defendant. | No.  2:22-CR-00213-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release NAVIN KHANNA;

Case No. 2:22-CR-00213-KJM, from custody for the following reasons:

    \_\_ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $500,000, secured by all available equity in the property owned by Kamaljit and Jaswinder Badwal, located in Malden, Massachusetts, with Pretrial Services Supervision.

          \_\_ Unsecured Appearance Bond

          \_\_ Appearance Bond with 10% Deposit

          \_\_ Appearance Bond with Surety

    _X_ (Other): <u>The Defendant shall be released from the U.S. Marshals Service at 9:00 AM on 12/13/2023 and ORDERED to immediately report in person to the Pretrial Services Agency</u>.

Issued at Sacramento, California on   12/12/23  , at   3:57 p.m.

_[signature]_
CHIEF UNITED STATES DISTRICT JUDGE