EISNER GORIN LLP
ALAN EISNER, CA State Bar # 127119
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
Phone: 818-781-1570
Email: alan@egattorneys.com

Attorney for Defendant,
NAVIN KHANNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NAVIN KHANNA,<br><br>　　　　　　Defendant. | Case No.: CR 22-213-KJM<br><br>**ORDER SEALING DOCUMENTS** |

　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED THAT:

　　Defense counsel's (1) Motion To Withdraw As Counsel Of Record And For Appointment Of Substitute Counsel; (2) Declaration Of Alan Eisner in support thereof; and (3) Exhibit A – Defendant's Financial Affidavit in support thereof shall be filed UNDER SEAL. The sealing shall be for an unlimited duration. Only the Court shall have access to the sealed documents.

Dated: March 22, 2024

　　　　　　　　　　　　　　　　　　　　　　／s／ [signature]
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

1