THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, aka Lovin Khanna, TINU KHANNA, aka Gagan Khanna, DANIEL DOLAN, CHI MO, aka David Mo, WRIGHT LOUIS MOSLEY, ISHU LAKRA, TOU SUE VANG, ANDREW VANG, and MONICA MOUA,<br><br>Defendants. | Case No.: 2:22-CR-0213 KJM<br><br>ORDER FOR TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. §3006A<br><br>Judge: Hon. Kimberly J. Mueller |

GOOD CAUSE APPEARING: Advance authorization is approved for reimbursement of defense counsel for the following: airfare from New York at $201.95, lodging in Sacramento for at $145.00 before taxes, $64.00 per diem for food, and $30.00 for transportation back to the airport.

The total amount to be reimbursed counsel is not to exceed $440.95, plus reasonable expenses, fees, and taxes.

This is authorized pursuant to the Criminal Justice Act, 18 U.S.C. §3006A

IT IS SO ORDERED.

April 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

REQUEST AND ORDER FOR
TRANSPORTATION ORDER PURSUANT
TO 18 U.S.C. §3006A
CASE NO.: 2:22-CR-0213 KJM