1  Daniel B. Olmos (CA SBN 235319)
   NOLAN BARTON OLMOS & LUCIANO LLP
2  432 D Street
   Davis, CA  95616
3  Tel. (650) 326-2980
   Fax (650) 326-9704
4
5  Counsel for Defendant
   Navin Khanna

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 2:22-CR-00213-KJM |
| Plaintiff, | |
| vs. | **DEFENDANT'S UNOPPOSED REQUEST FOR ONE-TIME MODIFICATION OF RELEASE CONDITIONS** |
| NAVIN KHANNA, ET AL., | |
| Defendants. | |

Defendant Navin Khanna hereby submits this unopposed, one-time request to modify his release conditions to permit him to take an overnight trip within the District of New Jersey with his son to celebrate the Fourth of July.  Mr. Khanna's current conditions of release include a 6:00pm to 6:00am residential curfew, so this request would require a modification of that curfew for the night of July 4 and morning of July 5 only.  Mr. Khanna intends to leave his residence with his son on July 4 and return in the morning of July 5.

Defense counsel has contacted Assistant United States Attorney Veronica Alegria, who stated that she does not oppose this request.

Defense counsel has also contacted Mr. Khanna's Pretrial Services Officer Renee Basurto, who reports that Mr. Khanna is currently in compliance with his pretrial release conditions.

Dated: July 2, 2024

NOLAN BARTON OLMOS & LUCIANO LLP

*/s/ Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Navin Khanna

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NAVIN KHANNA, ET AL.,<br><br>　　　　　　Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**[PROPOSED]** **ORDER TO MODIFY RELEASE CONDITIONS** |

　　GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Navin Khanna's release conditions shall be modified to permit him to take an overnight trip with his son within the District of New Jersey from July 4 to July 5, 2024. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Dated:　July 3, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE