Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>　　　　　Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**DEFENDANT'S UNOPPOSED REQUEST FOR ONE-TIME MODIFICATION OF RELEASE CONDITIONS** |

　　　　Defendant Navin Khanna hereby submits this unopposed request to modify his release conditions to permit him to travel with his wife within the District of New Jersey from August 1, 2024, to August 4, 2024, for his birthday. Mr. Khanna's current conditions of release include a 6:00 p.m. to 6:00 a.m. residential curfew, so this request would require a modification of that curfew for the nights of August 1, August 2, and August 3, 2024. Mr. Khanna intends to leave his residence on August 1 and return on August 4.

　　　　Defense counsel has contacted Assistant United States Attorney Veronica Alegria, who stated that she does not oppose this request.

Defense counsel has also contacted Mr. Khanna's Pretrial Services Officer Renee Basurto, who reports that Mr. Khanna is currently in compliance with his pretrial release conditions.

Dated: July 23, 2024                     NOLAN BARTON OLMOS & LUCIANO, LLP

                                */s/ Daniel B. Olmos*
                                Daniel B. Olmos
                                Attorney for Defendant Navin Khanna

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>NAVIN KHANNA, ET AL.,<br><br>  Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**ORDER TO MODIFY RELEASE CONDITIONS** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Navin Khanna's release conditions shall be modified to permit him to travel within the District of New Jersey from August 1 to August 4, 2024. All other conditions of release shall remain the same.

Dated: July 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE