Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>              Plaintiff,<br><br>     vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>              Defendants. | Case No.: CR 2:22-CR-00213-KJM-1<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS (CURFEW HOURS)** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel B. Olmos, that the conditions regarding Mr. Khanna's release be modified to change his curfew, on the days when his son has football games, from 6:00 p.m., where it is currently set, to 11:00 p.m. The following are the requested dates:

Football games: September 22 and 29, 2024 and October 5 and 13, 2024.

After this modification, Mr. Khanna's residential curfew would be 11:00 p.m. to 6:00 a.m. on the dates of these Saturday and Sunday football games.

///

///

///

*U.S. v. Khanna, et al.*

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all of his existing conditions of release and does not oppose this request for a modification of his curfew.

Dated: September 19, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica Alegria*
Veronica Alegria
Assistant United States Attorney

Dated: September 19, 2024

NOLAN BARTON OLMOS & LUCIANO, LLP

/s/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Navin Khanna

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Navin Khanna's release conditions shall be modified to change his residential curfew hours from beginning at 6:00 p.m. to beginning at 11:00 p.m. on the following evenings to allow him to attend his son's football games:

Dates: **September 22 and 29, 2024 and October 5 and 13, 2024.**

The curfew hours on the above-noted dates will now be 11:00 p.m. to 6:00 a.m. All other conditions of release shall remain the same.

Dated: September 20, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Khanna, et al.*