Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>            Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS TO ALLOW TRAVEL TO NEW YORK** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel B. Olmos, that the conditions regarding Mr. Khanna's release be modified to allow Mr. Khanna to travel to New York from October 16, 2024 to October 20, 2024.

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all of his existing conditions of release and does not oppose this request for a modification of his conditions in order to travel to New York on the dates specified above. The travel itinerary will be approved by Pretrial Services.

Dated: October 15, 2024                    PHILLIP A. TALBERT
                                           United States Attorney

                                            /s/ *Veronica Alegria*
                                           Veronica Alegria
                                           Assistant United States Attorney

---

*U.S. v. Khanna, et al.*

Dated: October 15, 2024                    NOLAN BARTON OLMOS & LUCIANO, LLP

                                                           */s/ Daniel B. Olmos*
                                           Daniel B. Olmos
                                           Attorney for Defendant Navin Khanna

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that Defendant Navin Khanna's release conditions shall be modified to allow Mr. Khanna to travel to New York on October 16, 2024 to October 20, 2024. A travel itinerary will be provided to Pre-Trial Services.

All other conditions of release shall remain the same.

Dated: October 15, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE