Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>　　　　　　Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS** |

　　　IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that Mr. Khanna's pretrial release conditions be modified to permit him to travel to the District of Massachusetts from December 24, 2024, through and including January 1, 2025, to visit his family for the Christmas holiday.  The parties agree that Mr. Khanna may travel by car between the District of New Jersey and the District of Massachusetts during this time period, and that his existing curfew will be suspended during the same period.

///

///

///

*U.S. v. Khanna, et al.*

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all of his existing conditions of release and does not oppose this request for a modification of his curfew.

Dated: December 20 2024

PHILLIP A. TALBERT
United States Attorney

　　/s/ *Veronica Alegria*
Veronica Alegria
Assistant United States Attorney

Dated: December 20, 2024

NOLAN BARTON OLMOS & LUCIANO, LLP

　　/s/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Navin Khanna

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Navin Khanna's pretrial release conditions are modified to permit him to travel to the District of Massachusetts from December 24, 2024, through and including January 1, 2025, in order to visit his family for the Christmas holiday. Mr. Khanna may travel by car between the District of New Jersey and the District of Massachusetts during this time period, and his existing curfew will be suspended during the same period. All other conditions of release shall remain the same.

Dated: December 20, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

*U.S. v. Khanna, et al.*