Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>                    Plaintiff,<br><br>      vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>                    Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that Mr. Khanna's pretrial release conditions be modified to allow for overnight travel to the Eastern District of California in order to meet with his attorney.  The parties agree that Mr. Khanna may travel by plane from New Jersey to California on January 28, 2025, and return to New Jersey no later than February 1, 2025, and that his existing curfew will be suspended during the same period.

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all his existing conditions of release and does not oppose this request for a modification of his curfew.  Mr. Khanna shall provide his pretrial officer in the District of New Jersey with his travel itinerary prior to his departure.

*U.S. v. Khanna, et al.*

| | |
|---|---|
| Dated: January 22, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ *Veronica Alegria*<br>Veronica Alegria<br>Assistant United States Attorney |
| Dated: January 22, 2025 | NOLAN BARTON OLMOS & LUCIANO LLP<br><br>/s/ *Daniel B. Olmos*<br>Daniel B. Olmos<br>Attorney for Defendant Navin Khanna |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Navin Khanna's pretrial release conditions be modified to allow for overnight travel to the Eastern District of California in order to meet with his attorney. The parties agree that Mr. Khanna may travel by plane from New Jersey to California on January 28, 2025, and return to New Jersey no later than February 1, 2025, and that his existing curfew will be suspended during the same period. All other conditions of release shall remain the same.

Dated: January 22, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE