Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES, | Case No.: CR 2:22-CR-00213-KJM |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS** |
| NAVIN KHANNA, ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that Mr. Khanna's pretrial release conditions be modified to allow for overnight travel to the Northern District of Oklahoma in order to meet with his attorney there.  Mr. Khanna is a defendant in *U.S. v. Khanna, et al.*, Case No. 22-cr-00348 SEH (N.D. Oklahoma), and his release conditions in this district require that he submit to a GPS monitor with a curfew and seek court approval for out-of-state travel from his residence in New Jersey.  The parties agree that Mr. Khanna may travel by plane from New Jersey to Oklahoma on or after March 10, 2025, and return to New Jersey no later than March 14, 2025, and that his existing curfew will be suspended during the same period.  The Court previously approved travel to Oklahoma for this purpose in February 2025, but the travel was postponed due to inclement weather and flight delays in Oklahoma.

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all his existing conditions of release and does not oppose this request for a modification of his curfew. Mr. Khanna shall provide his pretrial officer in the District of New Jersey with his travel itinerary prior to his departure.

IT IS SO STIPULATED.

Dated: March 3, 2025

MICHELE BECKWITH
Acting United States Attorney

　　/s/ *Veronica Alegria*
Veronica Alegria
Assistant United States Attorney

Dated: March 3, 2025

NOLAN BARTON OLMOS & LUCIANO LLP

　　/s/ *Daniel B. Olmos*
Daniel B. Olmos
Attorney for Defendant Navin Khanna

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Navin Khanna's pretrial release conditions be modified to allow for overnight travel to the Northern District of Oklahoma in order to meet with his attorney. The parties agree that Mr. Khanna may travel by plane from New Jersey to Oklahoma on or after March 10, 2025, and return to New Jersey no later than March 14, 2025, and that his existing curfew will be suspended during the same period. All other conditions of release shall remain the same.

Dated: March 4, 2025

　　　　　　　　　　　　　　　　　　
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE