Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>    vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>            Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that Mr. Khanna's pretrial release conditions be modified to allow for overnight travel to the District of Indiana in order to attend his wife's graduation. The parties agree that Mr. Khanna may travel from New Jersey to Indiana on May 1, 2025, and return to New Jersey no later than May 6, 2025, and that his existing curfew will be suspended during the same period. In addition, the parties agree that Mr. Khanna's curfew may be suspended on May 11-12, 2025, in order to celebrate Mother's Day.

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all his existing conditions of release and does not oppose this request for a

*U.S. v. Khanna, et al.*

modification of his curfew.  Mr. Khanna shall provide his pretrial officer in the District of New Jersey with his travel itinerary prior to his departure.

Dated: April 29, 2025                            MICHELE BECKWITH
                                                 Acting United States Attorney

                                                  /s/ *Veronica Alegria*
                                                 Veronica Alegria
                                                 Assistant United States Attorney

Dated: April 29, 2025                            NOLAN BARTON OLMOS & LUCIANO, LLP

                                                  /s/ *Daniel B. Olmos*
                                                 Daniel B. Olmos
                                                 Attorney for Defendant Navin Khanna

Sureties are aware of this travel request and are not opposed.

Dated: April 29, 2025

                                                 Kamaljit Badwal

Dated: April 29, 2025

                                                 Jaswinder Badwal

## [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Navin Khanna's pretrial release conditions be modified to allow for overnight travel to the District of Indiana in order to attend his wife's graduation.  Mr. Khanna may travel from New Jersey to Indiana on May 1, 2025, and return to New Jersey no later than May 6, 2025, and his existing curfew will be suspended during the same period.  In addition, Mr. Khanna's curfew may be suspended on May 11-12, 2025, in order to celebrate Mother's Day.

IT IS SO ORDERED.

Dated:    April 29, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE