Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO LLP
432 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>         Plaintiff,<br><br>vs.<br><br>NAVIN KHANNA, ET AL.,<br><br>         Defendants. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEFENDANT'S RELEASE CONDITIONS TO REMOVE LOCATION MONITORING AND CURFEW CONDITONS** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that Mr. Khanna's pretrial release conditions be modified to allow for the removal of the location monitoring device and curfew conditions. (*See* Dkt. 224, conditions 14 and 15.)

The United States Pre-Trial Services Officer Renee Basurto has confirmed that Mr. Khanna is in compliance with all his existing conditions of release and does not oppose this request for the removal of the location monitoring and lifting of curfew conditions. All other conditions of release remain in place, including travel restrictions.

Dated: May 15, 2025                                   MICHELE BECKWITH
                                                                        Acting United States Attorney

                                                                        /s/ *Veronica Alegria*
                                                                        _____
                                                                        Veronica Alegria
                                                                        Assistant United States Attorney

Dated: May 15, 2025

NOLAN BARTON OLMOS & LUCIANO, LLP

/s/ Daniel B. Olmos
Daniel B. Olmos
Attorney for Defendant Navin Khanna

The sureties are aware of this request and are in agreement with the permanent removal of the condition of location monitoring and curfew restrictions.

Dated: May 15, 2025

Kamaljit Badwal       5/15/25

Dated: May 15, 2025

Jaswinder Badwal      5/15/25

# [PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that Defendant Navin Khanna's pretrial release conditions be modified to allow for the removal of location monitoring and all curfew conditions. All other conditions of release remain in place, including travel restrictions.

Dated: May 15, 2025

The Hon. Allison Claire
United States Magistrate Judge