Daniel Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA  95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Navin Khanna

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>   vs.<br><br>NAVIN KHANNA,<br><br>               Defendant. | Case No.: CR 2:22-CR-00213-KJM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DEFENDANT NAVIN KHANNA'S CHANGE OF PLEA HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Veronica Alegria, and Defendant Navin Khanna, through his attorney Daniel Olmos, that the date for Mr. Khanna's change of plea hearing be continued from February 13, 2026, to February 27, 2026.  The reason for this request is that, prior to the Court setting the February 13 hearing, counsel for the defendant was ordered to appear in federal court on another matter on that same date.

Dated: February 6, 2026          ERIC GRANT
                                United States Attorney

                                */s/ Veronica Alegria*
                                Veronica Alegria, Assistant U.S. Attorney

Dated: February 6, 2026           */s/ Daniel B. Olmos*
                                  Daniel B. Olmos
                                  Attorney for Defendant Navin Khanna

**ORDER**

IT IS HEREBY ORDERED as to Defendant Navin Khanna, the court, having received, read and considered the parties' stipulation filed on February 6, 2026 (Doc. No. 515), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Change of Plea Hearing scheduled for February 13, 2026, is VACATED and RESET for February 27, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **February 8, 2026**    _____

Dena Coggins
United States District Judge