ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIN KHANNA,<br>aka Lovin Khanna,<br><br>Defendant. | CASE NO. 2:22-CR-0213 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>CURRENT DATE: August 21, 2026<br>PROPOSED DATE: September 16, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. On February 27, 2026, defendant NAVIN KHANNA pleaded guilty. ECF 517. The Court set a Status Conference regarding defendant's sentencing hearing for August 21, 2026. *Id.*

2. The Court set a status conference for NAVIN KHANNA's co-defendants who have not pleaded guilty for that same date, August 21, 2026. ECF 525.

3. The Court specially set a status conference regarding co-defendant's WRIGHT LOUIS MOSLEY and ISHU LAKRA's sentencing hearings on September 16, 2026, at 9:30 a.m. ECF 533.

4. By this stipulation, the defendant requests to continue the status conference regarding his

sentencing hearings until September 16, 2026, in order to join co-defendants MOSLEY and LAKRA and trail the status conference for the remaining co-defendants on August 21, 2026.

5. Counsel for defendant also desires additional time to consult with his client, review the discovery, conduct investigation and research, and to otherwise prepare for his client's sentencing hearings. This is a complicated case, with many defendants and almost a terabyte of discovery.

IT IS SO STIPULATED.

Dated: August 18, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: August 18, 2026

/s/ *Daniel B. Olmos*
DANIEL B. OLMOS
Counsel for Defendant
NAVIN KHANNA

**ORDER**

IT IS HEREBY ORDERED as to Navin Khanna, the court, having received, read and considered the parties' stipulation filed on August 17, 2026 (Doc. No. 547), and good cause appearing therefrom, APPROVES the parties' stipulated request to continue. Accordingly, the Status Conference regarding Sentencing scheduled for August 21, 2026, is VACATED and RESET for September 16, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dena Coggins
United States District Judge