ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Organized Crime and Gang Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIN KHANNA,<br>aka Lovin Khanna,<br>WRIGHT LOUIS MOSLEY, and<br>ISHU LAKRA,<br><br>Defendants. | CASE NO. 2:22-CR-0213 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>CURRENT DATE: September 16, 2026<br>PROPOSED DATE: September 24, 2027<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. The above-captioned defendants (the "defendants") have pleaded guilty. On December 11, 2023, defendant ISHU LAKRA pleaded guilty. ECF 221. On April 22, 2024, defendant WRIGHT LOUIS MOSLEY pleaded guilty. ECF No. 319. On February 27, 2026, defendant NAVIN KHANNA pleaded guilty. ECF 517.

2. The Court previously set a status conference regarding the defendants' sentencing hearings on September 16, 2026.

3. The Court has set a trial in this case for the remaining co-defendants to start on August 16, 2027.

4. The defendants expect that the evidence at trial will impact their sentencing hearing, and therefore believe that they need to be sentenced after trial of their co-defendants has concluded.

5. By this stipulation, the defendants request to continue the status conference regarding their sentencing hearings until September 24, 2027.

6. Counsel for the defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research, and to otherwise prepare for their clients' sentencing hearings. This is a complicated case, with many defendants and almost a terabyte of discovery.

IT IS SO STIPULATED.

Dated: September 11, 2026

ERIC GRANT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: September 11, 2026

/s/ *Kyle R. Knapp*
KYLE R. KNAPP
Counsel for Defendant
WRIGHT LOUIS MOSLEY

Dated: September 11, 2026

/s/ *Tamara L. Soloman*
TAMARA L. SOLOMAN
Counsel for Defendant
ISHU LAKRA

Dated: September 11, 2026

/s/ *Daniel B. Olmos*
DANIEL B. OLMOS
Counsel for Defendant
NAVIN KHANNA

**ORDER**

IT IS HEREBY ORDERED as to Navin Khanna, Wright Louis Mosley, and Ishu Lakra, the court, having received, read and considered the parties' stipulation filed on September 10, 2026 (Doc. No. 574), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference regarding Sentencing scheduled for September 16, 2026, is VACATED and RESET for September 24, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated: **September 11, 2026**

Dena Coggins
United States District Judge